UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANCH BANKING AND TRUST
COMPANY, a North Carolina banking
corporation, as successor-in-interest to
Colonial Bank by asset acquisition from
the FDIC as Receiver for Colonial Bank,
successor by merger to Citrus and
Chemical Bank,

    Plaintiff,

v.

CRYSTAL CENTRE, LLC,
a Florida limited liability company,
OSWALD P. CARREROU, individually,
and DONALD K. STEPHENS, individually,

    Defendants.
_____/

Case No.: 8:15-cv-1462-T-30EAJ

## **FINAL JUDGMENT AGAINST DEFENDANT DONALD K. STEPHENS**

**THIS MATTER** came before the Court for consideration on the Joint Stipulation for Entry of Final Judgment against Defendant Donald K. Stephens (the "Joint Stipulation")   (Doc. 32) between Plaintiff Branch Banking and Trust Company ("BB&T") and Defendant Donald K. Stephens.  The Court has reviewed the Joint Stipulation, and it is hereby **ORDERED AND ADJUDGED:**

    1.    The Joint Stipulation is hereby **APPROVED.**

    2.    Final Judgment is hereby granted in favor of Plaintiff and against Defendant Donald K. Stephens as to Count III of the Complaint (Doc. 1).

2

3.     BB&T is owed by Donald K. Stephens the total sum of $988,249.86,[1] through and including February 10, 2016, plus any additional per diem interest accruing from February 11, 2016, through and including the date on which the Final Judgment is entered, at the rate of $90.71, all of which shall bear interest at the per annum rate specified by 28 U.S.C. § 1961, and for all of which let execution issue forthwith.

4.     Plaintiff Branch Banking and Trust Company's address is 2301 Lucien Way, Suite 395, Maitland, Florida 32751.

5.     Defendant Donald K. Stephens' address is 2636 Bellerive Drive, Lakeland, Florida 33803.

6.     Jurisdiction over the enforcement of the Final Judgment against Defendant Donald K. Stephens is retained for a period of one (1) year from the date on which the Final Judgment is entered.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of March, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

---

[1] The total sum of $988,249.86 consists of: (1) outstanding principal in the amount of $447,400.00; (2) accrued interest through and including February 10, 2016, in the amount of $494,671.47; (3) asset search fees in the amount of $3,690.00; (4) attorneys' fees through and including January 31, 2016, in the amount of $40,703.10; and, (5) costs through and including January 31, 2016, in the amount of $1,785.29.