# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

BRANCH BANKING AND TRUST
COMPANY, a North Carolina banking
corporation, as successor-in-interest to
Colonial Bank by asset acquisition
from the FDIC as Receiver for Colonial
Bank, successor by merger to Citrus and
Chemical Bank,

     Plaintiff,

v.                                                                                            Case No.  8:15-CV-1462-T-30AAS

CRYSTAL CENTRE, LLC, a Florida limited
liability company, OSWALD P. CARREROU,
individually, and DONALD K. STEPHENS,
individually,

     Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Attorney's Fees (Dkt. 200).  Defendant Oswald P. Carrerou failed to file any opposition to Plaintiff's motion during the applicable deadline.  Upon consideration of the motion, the supporting affidavit, and being otherwise advised in the premises, the Court grants the motion.

## DISCUSSION

This case is in the post-judgment stage.  In connection with its post-judgment enforcement efforts, Plaintiff filed a motion for charging order against Carrerou's interests in certain limited liability companies.  On January 5, 2017, the Court entered an Order

adopting the Magistrate Judge's Report and Recommendation, in part, on Plaintiff's motion for charging order (the "Order") (Dkt. 195). The Order noted that Plaintiff would be entitled to recover the reasonable attorney's fees that it incurred in connection with filing its motion for charging order. Plaintiff's motion now requests these fees in the amount of $2,827.10.

The Court concludes that Plaintiff's fees incurred through October 31, 2016, in connection with filing the motion for charging order, are reasonable. And, through his failure to file any opposition to Plaintiff's motion, Carrerou essentially concedes the reasonableness of the requested fees.

It is therefore **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Attorney's Fees (Dkt. 200) is granted.

2. The Clerk of Court is directed to enter a final judgment of attorney's fees in the amount of **$2,827.10** in Plaintiff's favor and against Defendant Oswald P. Carrerou, for all of which let execution issue forthwith.

3. This case shall remain closed.

DONE and ORDERED in Tampa, Florida on February 7, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record