# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BRANCH BANKING AND TRUST
COMPANY,

    Plaintiff,

v.                                        Case No: 8:15-CV-1462-T-30AAS

CRYSTAL CENTRE, LLC, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Amanda Sansone (Dkt. 290) and the Objections (Dkt. 293) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation (Dkt. 290) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Final Judgment in Garnishment Regarding Garnishee Pershing, LLC (Dkt. 260) is GRANTED in Plaintiff's favor and JUDGMENT IN GARNISHMENT is hereby entered against Garnishee Pershing, LLC in the amount of $11,877.04 (account -- 0698) and $174,919.91 (account -- 0631).

3. Garnishee Pershing, LLC is directed to pay Plaintiff, via wire transfer, the total sum awarded in garnishment within five (5) business days of this Order.

4. The writ of garnishment against Garnishee Pershing, LLC shall remain in place as to the account ending in -- 0607, pursuant to Section 77.07(5), Fla. Stat.

**DONE** and **ORDERED** in Tampa, Florida on September 1, 2017.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
Counsel/Parties of Record