UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANCH BANKING AND TRUST
COMPANY,

    Plaintiff,

v.                                         Case No: 8:15-cv-1462-T-30AAS

CRYSTAL CENTRE, LLC, *et al.*,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Amanda Arnold Sansone (Dkt. 362). The Court has reviewed Plaintiff's Objection to Report and Recommendation on Its Motion for Final Judgment in Garnishment Regarding Garnishee TD Ameritrade (Dkt. 363) filed on February 16, 2018.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objection filed by Branch Banking and Trust Company and an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 362) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. BB&T's Motion for Final Judgment in Garnishment Regarding Garnishee TD Ameritrade (Dkt. 292) is DENIED.

3. The Writ of Garnishment against TD Ameritrade is hereby dissolved pursuant to Section 77.07, Fla. Stat.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of February, 2018.

*James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record