UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANCH BANKING AND TRUST
COMPANY,

    Plaintiff,

v.                                                       Case No: 8:15-cv-1462-T-30AAS

CRYSTAL CENTRE, LLC, *et al.*,

    Defendants.
_____

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Amanda Arnold Sansone (Dkt. 366). The Court notes that no party has filed any Objection to the Report and Recommendation during the applicable deadline.

After careful consideration of the Report and Recommendation of the Magistrate Judge and an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED** that:

1.    The Report and Recommendation (Dkt. 366) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. BB&T's Motion for Final Judgment in Garnishment Regarding Garnishee CenterState Bank (Dkt. 291) is granted in part and denied in part for the reasons explained in the Report and Recommendation.

3. Final Judgment of Garnishment in favor of Branch Banking and Trust Company and against the Garnishee CenterState Bank of Florida, N.A. should be issued in the amount of **$138,153.17** for the account ending in xxx756 and the amount of **$4,665.55** for the account ending in xxx230.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of March, 2018.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record